**HUTCHISON & STEFFEN, PLLC**
Joseph R. Ganley (5643)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
jganley@hutchlegal.com
*Attorney for Defendant*

**THE URBAN LAW FIRM**
Michael A. Urban (3875)
Nathan A. Ring (12078)
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> AUDIO VISUAL SERVICES GROUP, INC. a/k/a PSAV-AVHQ a/k/a PSAV PRESENATION SERVICES, <br><br> Defendant. | Case No. 2:19-cv-00654-KJD-NJK <br><br> **JOINT STIPULATION** |

**JOINT STIPULATION REGARDING AUDIO VISUAL**
**SERVICES GROUP, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY stipulated by and between Plaintiffs, TRUSTEES OF THE NEVADA

RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE

1

EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.* ("Plaintiffs'), and Defendant, AUDIO VISUAL SERVICES GROUP, INC. ("Defendant"), through their undersigned attorneys that to facilitate the parties' settlement discussions, Defendant shall have until on or before November 12, 2019 to file its responsive pleading to Plaintiffs' Complaint in this matter.

This stipulation is entered into in good faith and not for the reason of delaying these proceedings.

Dated: September 13, 2019.

Respectfully Submitted,

| HUTCHISON & STEFFEN, PLLC | THE URBAN LAW FIRM |
|---|---|
| /s/ *Joseph R. Ganley* | /s/ *Nathan Ring* |
| Joseph R. Ganley | Michael A. Urban |
| Peccole Professional Park | Nathan A. Ring |
| 10080 West Alta Drive, Suite 200 | 4270 S. Decatur Blvd., Suite A-9 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89103 |
| Telephone: (702) 385-2500 | Telephone: (702) 968-8087 |
| Facsimile: (702) 385-2086 | Facsimile: (702) 968-8088 |
| jganley@hutchlegal.com | murban@theurbanlawfirm.com |
| *Attorney for Defendant* | nring@theurbanlawfirm.com |
| | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: September 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE