**HUTCHISON & STEFFEN, PLLC**
Joseph R. Ganley, Esq.
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
jganley@hutchlegal.com
*Attorney for Defendant*

**THE URBAN LAW FIRM**
Michael A. Urban, Esq.
Nathan R. Ring, Esq.
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>AUDIO VISUAL SERVICES GROUP, INC. a/k/a PSAV-AVHQ a/k/a PSAV PRESENATION SERVICES,<br><br>Defendant. | Case No. 2:19-cv-00654-KJD-NJK<br><br>**JOINT STIPULATION (3rd Request)** |

**JOINT STIPULATION REGARDING AUDIO VISUAL
SERVICES GROUP, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY stipulated by and between Plaintiffs, TRUSTEES OF THE NEVADA

RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE

EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES

1

AND CANADA, LOCAL 720, PENSION TRUST; *et al.* ("Plaintiffs'), and Defendant, AUDIO VISUAL SERVICES GROUP, INC. ("Defendant"), through their undersigned attorneys that to facilitate the parties' ongoing settlement discussions, Defendant shall have until on or before February 10, 2020 to file its Answer to Plaintiffs' Complaint in this matter.

The parties further stipulate that they have achieved significant progress in working towards a resolution of the concerns at issue in the pending suit. This stipulation is entered into in good faith and not for the reason of delaying these proceedings.

Dated: December 12, 2019                                    Respectfully Submitted,

HUTCHISON & STEFFEN, PLLC                    THE URBAN LAW FIRM

/s/ Joseph R. Ganley                                  /s/ Nathan R. Ring
Joseph R. Ganley                                       Michael A. Urban
Peccole Professional Park                           Nathan R. Ring
10080 West Alta Drive, Suite 200               4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89145                           Las Vegas, Nevada 89103
Telephone:    (702) 385-2500                      Telephone:    (702) 968-8087
Facsimile:     (702) 385-2086                       Facsimile:     (702) 968-8088
jganley@hutchlegal.com                             murban@theurbanlawfirm.com
*Attorney for Defendant*                              nring@theurbanlawfirm.com
                                                              *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: ___December 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE