1  **HUTCHISON & STEFFEN, PLLC**
   Joseph R. Ganley, Esq.
2  10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
3  Telephone: (702) 385-2500
   Facsimile: (702) 385-2086
4  jganley@hutchlegal.com
   *Attorney for Defendant*
5
   **THE URBAN LAW FIRM**
6  Michael A. Urban, Esq.
   Nathan R. Ring, Esq.
7  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, Nevada 89103
8  Telephone: (702) 968-8087
   Facsimile: (702) 968-8088
9  murban@theurbanlawfirm.com
   nring@theurbanlawfirm.com
10 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*,

Plaintiffs,

-against-

AUDIO VISUAL SERVICES GROUP, INC. a/k/a PSAV-AVHQ a/k/a PSAV PRESENATION SERVICES,

Defendant.

Case No. 2:19-cv-00654-KJD-NJK

**JOINT STIPULATION (4th Request)**

### JOINT STIPULATION REGARDING AUDIO VISUAL SERVICES GROUP, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

IT IS HEREBY stipulated by and between Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES

AND CANADA, LOCAL 720, PENSION TRUST; *et al.* ("Plaintiffs'), and Defendant, AUDIO VISUAL SERVICES GROUP, INC. ("Defendant"), through their undersigned attorneys that to facilitate the parties' ongoing settlement discussions, Defendant shall have until on or before April 1, 2020 to file its Answer to Plaintiffs' Complaint in this matter.

The parties further stipulate that they remain actively working towards resolution of the concerns at issue in the pending suit and have achieved significant progress towards resolution. The parties believe they have now exchanged the final pieces of information necessary to complete the ERISA mandated audit at issue in this case. This stipulation is entered into in good faith and not for the reason of delaying these proceedings.

Dated: February 14, 2020               Respectfully Submitted,

HUTCHISON & STEFFEN, PLLC              THE URBAN LAW FIRM

/s/ *Joseph R. Ganley*                 */s/ Nathan R. Ring*
Joseph R. Ganley                       Michael A. Urban
Peccole Professional Park              Nathan R. Ring
10080 West Alta Drive, Suite 200       4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89145                Las Vegas, Nevada 89103
Telephone:   (702) 385-2500            Telephone:   (702) 968-8087
Facsimile:   (702) 385-2086            Facsimile:   (702) 968-8088
jganley@hutchlegal.com                 murban@theurbanlawfirm.com
*Attorney for Defendant*               nring@theurbanlawfirm.com
                                       *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED   February 18        , 2020.

_____
U.S. Magistrate Judge