**HUTCHISON & STEFFEN, PLLC**
Joseph R. Ganley, Esq.
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
jganley@hutchlegal.com
*Attorney for Defendant*

**THE URBAN LAW FIRM**
Michael A. Urban, Esq.
Nathan A. Ring, Esq.
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*,

Plaintiffs,

-against-

AUDIO VISUAL SERVICES GROUP, INC. a/k/a PSAV-AVHQ a/k/a PSAV PRESENATION SERVICES,

Defendant.

Case No. 2:19-cv-00654-KJD-NJK

**JOINT STIPULATION (5th Request)**

**JOINT STIPULATION REGARDING AUDIO VISUAL**
**SERVICES GROUP, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY stipulated by and between Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES

AND CANADA, LOCAL 720, PENSION TRUST; *et al.* ("Plaintiffs'), and Defendant, AUDIO VISUAL SERVICES GROUP, INC. ("Defendant"), through their undersigned attorneys that to facilitate the parties' ongoing settlement discussions, Defendant shall have until on or before May 1, 2020 to file its Answer to Plaintiffs' Complaint in this matter.

The parties further stipulate that they remain actively working towards resolution of the concerns at issue in the pending suit and have achieved significant progress towards resolution. The ability to resolve this matter has been slowed as a result of the COVID-19 outbreak and the difficulties that has caused for operations of businesses, law offices and auditors. This stipulation is entered into in good faith and not for the reason of delaying these proceedings.

Dated: April 1, 2020                          Respectfully Submitted,

HUTCHISON & STEFFEN, PLLC                     THE URBAN LAW FIRM

*/s/ Joseph R. Ganley*                         */s/ Nathan R. Ring*
Joseph R. Ganley                               Michael A. Urban
Peccole Professional Park                      Nathan A. Ring
10080 West Alta Drive, Suite 200               4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89145                        Las Vegas, Nevada 89103
Telephone:   (702) 385-2500                    Telephone:   (702) 968-8087
Facsimile:   (702) 385-2086                    Facsimile:   (702) 968-8088
jganley@hutchlegal.com                         murban@theurbanlawfirm.com
*Attorney for Defendant*                       nring@theurbanlawfirm.com
                                               *Attorneys for Plaintiffs*

IT IS SO ORDERED.
Dated:  April 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge