**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> AUDIO VISUAL SERVICES GROUP, INC. a/k/a PSAV-AVHQ a/k/a PSAV PRESENATION SERVICES, <br><br> Defendant. | Case No. 2:19-cv-00654-KJD-NJK <br> ORDER GRANTING <br> **JOINT STIPULATION (6th Request)** |

ORDER GRANTING
**JOINT STIPULATION REGARDING AUDIO VISUAL**
**SERVICES GROUP, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY stipulated by and between Plaintiffs, TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES

1

AND CANADA, LOCAL 720, PENSION TRUST; *et al.* ("Plaintiffs'), and Defendant, AUDIO VISUAL SERVICES GROUP, INC. ("Defendant"), through their undersigned attorneys that to facilitate the conclusion of the parties' settlement discussions, Defendant shall have until on or before June 1, 2020 to file its Answer to Plaintiffs' Complaint in this matter.

The parties further stipulate that their settlement discussions have continued to progress towards resolution, but they have been unable to fully resolve the matter due to the continued impact of COVID-19 on business operations for all involved. The auditors completed their audit procedures. Resolution of amounts claimed by Plaintiffs, including contributions, liquidated damages, interest and costs and fees is the final item at issue between the parties and they remain confident that can reach agreement on this issue within the next 30 days. This stipulation is entered into in good faith and not for the reason of delaying these proceedings.

Dated: April 30, 2020                                   Respectfully Submitted,

HUTCHISON & STEFFEN, PLLC                THE URBAN LAW FIRM

*/s/ Joseph R. Ganley*                                  */s/ Nathan A. Ring*
Joseph R. Ganley                                        Michael A. Urban
Peccole Professional Park                               Nathan A. Ring
10080 West Alta Drive, Suite 200                        4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89145                                 Las Vegas, Nevada 89103
Telephone:   (702) 385-2500                             Telephone:   (702) 968-8087
Facsimile:   (702) 385-2086                             Facsimile:   (702) 968-8088
jganley@hutchlegal.com                                  murban@theurbanlawfirm.com
*Attorney for Defendant*                                nring@theurbanlawfirm.com
                                                        *Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 1, 2020